WESTCHESTER TRUST CO. v. CONDON et al. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by the Westchester Trust Company, as executor

and trustee, etc., against Helen W. Condon, as guardian ad litem, etc., and another, appellant. No opinion. Judgment and order affirmed, with costs to plaintiff respondent. See, also, 157 App. Div. 888, 141 N. Y. Supp. 1150.